(2022-111)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NATALIO IBARRA CARMONA | § | |
| AND ELEAZAR PADILLA MONCADA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| RAMIRO CHAPA IZAGUIRRE | § | |
| AND TRANSPORTES ESPINO | § | JURY DEMANDED |

### DEFENDANT TRANSPORTES ESPINO'S NOTICE OF REMOVAL

Defendant, TRANSPORTES ESPINO, files this Notice of Removal to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, based on the following facts, which show that this case is properly removable:

### I.

### PROCEDURAL BACKGROUND

1. On February 7, 2022, Plaintiffs, NATALIO IBARRA CARMONA and ELEAZAR PADILLA MONCADA, commenced an action in the County Court at Law No. 5 of Hidalgo County, Texas, Cause No. CL-22-0403-E, styled *Natalio Ibarra Carmona and Eleazar Padilla Moncada v. Ramiro Chapa Izaguirre and Transportes Espino*. Plaintiffs claim Defendants are liable to them under a negligence theory for personal injuries they allegedly sustained in the subject motor vehicle accident.

2. On or about March 17, 2022, Defendant, TRANSPORTES ESPINO, was served with a copy of Plaintiffs' Original Petition (hereinafter "the Petition").

3. At the time suit was filed, and continuing to the present, this Court had, and still has, original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). There is

complete diversity of citizenship between Plaintiffs and the Defendants. Further, there are no statutory bars against removal to the United States District Court, Southern District of Texas.

4. Additionally, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

## II.

## PARTIES & BASIS FOR REMOVAL

5. Plaintiffs are now, and were at the time of removal, and at the time of the filing of the instant lawsuit, citizens of the United States and domiciled in and/or residents of Texas. Specifically, Plaintiffs allege to be residents of Pharr, Hidalgo County, Texas.[2]

6. Defendant, Ramiro Chapa Izaguirre, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a natural person and citizen of Mexico.

7. Defendant, Transportes Espino, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Mexican corporation organized under the laws of Mexico with its principal place of business in Rio Bravo, Tamaulipas, Mexico.

8 There is complete diversity between the parties.

## III.

## COMPLIANCE WITH REMOVAL PROCEDURES

12. A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

---

[1] *See* Exhibit A, Plaintiffs' Original Petition, Section IV, ¶ 6 and 7.

[2] *Id.* at Section II, ¶ 2.

13. Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

a. Pleadings asserting causes of action (Exhibit A);
b. All orders signed by the State Judge (Exhibit B);
c. The state court docket sheet at the time of removal (Exhibit C);
d. An index of matters being filed (Exhibit D); and
e. A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E).

## IV.

## PRAYER

For these reasons, Defendant, TRANSPORTES ESPINO, requests that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Respectfully submitted,

/s/ *Anthony B. James*
Anthony B. James, *Attorney-in-Charge*
State Bar No. 10537300
Federal I.D. No. 3785
Email: ajames@hodgejames.com
Marco A. Jilpas
State Bar No. 24071331
Federal I.D. No. 2983324
Email: mjilpas@hodgejames.com
HODGE JAMES JILPAS & NICHOLS
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler, Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707
***Attorneys for Defendant*,**
**TRANSPORTES ESPINO**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing, Defendant Transportes Espino's Notice of Removal, has been served on the 11th day of April, 2022 to all attorneys of record via E-Service as follows:

  Via E-Service: litigation@lawofficeofjrramirez.law
  J.R. Ramirez
  Law Office of J.R. Ramirez, P.L.L.C.
  1601 W. Trenton Rd., Suite `
  Edinburg, Texas 78539

    *Attorney for Plaintiff*

            /s/ *Anthony B. James*
            Anthony B. James